**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ARLETTE CAMPOS, individually an on behalf of others similarly situated,

Plaintiff

v.

TJX COMPANIES, INC.,

Defendant

**Case No. 1:24-cv-11067-ADB**

**DEFENDANT TJX COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant TJX Companies, Inc. ("**TJX**") moves the Court to dismiss Plaintiff's Complaint with on the grounds that Plaintiff lacks standing under Article III of the Constitution because she suffered no injury in fact, and her Complaint also fails to state a claim upon which relief may be granted. Specifically, Plaintiff's claim under the Arizona Telephone, Utility and Communication Service Records Act, A.R.S. § 44-1376, *et seq.* fails because she does not plausibly allege that TJX procured a "communication service record," which is necessary to state a claim under the Act.

Pursuant to Local Rule 7.1(a)(2), TJX certifies that it has conferred with Plaintiff and attempted in good faith to resolve or narrow the issues.

Pursuant to Local Rule 7.1(d), Defendant TJX respectfully requests oral argument on this Motion to Dismiss.

A Memorandum in Support is attached.

WHEREFORE, Defendant TJX Companies, Inc. respectfully requests this Honorable Court dismiss Plaintiff's Complaint with prejudice and enter judgment in favor of Defendant, along with any other relief the Court deems proper.

Dated: June 28, 2024

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: /s/ Stephanie Sheridan
Stephanie Sheridan, (CA 135910)
Meegan B. Brooks (CA 298570)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
[*Pro Hac Vice* motions to be filed]

/s/ David M. Krueger
David M. Krueger (OH 0085072)
127 Public Sq., Ste. 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dkrueger@beneschlaw.com
*[Pro Hac Vice* motion to be filed]

/s/ Dan Sonneborn
Daniel R. Sonneborn (BBO# 679229)
DSonneborn@preti.com
Preti Flaherty Beliveau & Pachios LLP
60 State Street, Suite 1100
Boston, MA 02109
Tel. (617) 226-3800

*Attorneys for Defendant TJX Companies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: June 28, 2024

By: *<u>/s/ Daniel R. Sonneborn</u>*
Daniel R. Sonneborn, BBO# 679229)