**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARLETTE CAMPOS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>-vs-<br><br>TJX Companies, Inc.,<br><br>Defendant. | ) | Case No. 1:24-cv-11067-ADB<br><br>**DEFENDANT'S NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY** |

Defendant TJX Companies, Inc. ("TJX") provides this Notice of Subsequently Decided Authority to supplement the following sections of its Reply to Plaintiff's Opposition to TJX's Motion to Dismiss (Doc. 19). Specifically, after the district court dismissed the case of *Hartley v. Urb. Outfitters, Inc.*, No. 23-cv-4891, 2024 U.S. Dist. LEXIS 125671 (E.D. Pa. July 17, 2024), the plaintiff re-filed in the Court of Common Pleas, Philadelphia County, Pennsylvania.

On October 2, 2024, the court dismissed the plaintiff's complaint with prejudice. As the decision was just released within the past week and after the close of the briefing period for TJX's Motion to Dismiss, TJX supplements as follows:

- Reply at Section II, at ECF pages 2 - 9: *Hartley v. Urban Outfitters, Inc.*, Philadelphia Common Pleas No. 240800388, pg. 1 n.1 (Common Pleas Pa. Oct. 2, 2024) ("The court must agree with Defendant's well-reasoned argument that the allegations of injuries in the underlying complaint do not sufficiently allege the requisite concrete, particularized and actual or imminent injury to confer standing in Pennsylvania courts.").
- Reply at Section III(A)(i), at ECF page 10: *Id.* ("The court further agrees that [the] law in question does not encompass the alleged activity.").

A copy of the decision is attached as "Exhibit A."

Dated: October 8, 2024

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: */s/ Stephanie Sheridan*
Stephanie Sheridan, (CA 135910)
Meegan B. Brooks (CA 298570)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
[*Pro Hac Vice*]

*/s/ David M. Krueger*
David M. Krueger (OH 0085072)
127 Public Sq., Ste. 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dkrueger@beneschlaw.com
*[Pro Hac Vice*]

*/s/ Dan Sonneborn*
Dan Sonneborn (BBO# 679229)
DSonneborn@preti.com
Preti Flaherty Beliveau & Pachios LLP
60 State Street, Suite 1100
Boston, MA 02109
Tel. (617) 226-3800

*Attorneys for Defendant TJX Companies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2024, the foregoing *Defendant's Notice of Subsequently Decided Authority* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ David M. Krueger*
David M. Krueger (OH 0085072)
*One of the Attorneys for Defendant TJX Companies, Inc.*