**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARLETTE CAMPOS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>-vs-<br><br>TJX Companies, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-11067-ADB<br><br><br><br><br><br>**DEFENDANT'S THIRD NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY** |

Defendant TJX Companies, Inc. ("TJX") provides this Third Notice of Subsequently Decided Authority to supplement the following sections of its Reply to Plaintiff's Opposition to TJX's Motion to Dismiss (Doc. 19). Specifically, TJX notes the release of *Carbajal v. Home Depot U.S.A., Inc.*, No. CV-24-00730, 2024 U.S. Dist. LEXIS 226740 (D. Ariz. Dec. 16, 2024), released on December 16, 2024, and after the close of the briefing period for TJX's Motion to Dismiss. TJX supplements as follows:

- Reply at Section III.A., pp. 10-15: *Id.* at *4-14, discussing the history and application of that Arizona Act and granting motion to dismiss, concluding:

> To summarize, the overall statutory scheme and the statute's specific language make clear that "communication service record" does not simply refer to the discrete categories of information listed in the definition (categories that could be said to have been captured by the tracking pixels), but instead refers to records *communication service providers maintain* about their subscribers.
>
> . . .
>
> The conduct at issue - sending marketing emails and collecting information through tracking pixels - simply is not covered by the [Arizona Act].

*Id.* at *12 (emphasis added), 14.

A copy of the decision is attached as "Exhibit A."

Dated: December 17, 2024

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP

By: */s/ Stephanie Sheridan*
Stephanie Sheridan, (CA 135910)
Meegan B. Brooks (CA 298570)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
[*Pro Hac Vice*]

*/s/ David M. Krueger*
David M. Krueger (OH 0085072)
127 Public Sq., Ste. 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dkrueger@beneschlaw.com
*[Pro Hac Vice*]

*/s/ Dan Sonneborn*
Dan Sonneborn (BBO# 679229)
DSonneborn@preti.com
Preti Flaherty Beliveau & Pachios LLP
60 State Street, Suite 1100
Boston, MA 02109
Tel. (617) 226-3800

*Attorneys for Defendant TJX Companies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: December 17, 2024

*By: /s/ David M. Krueger*
David M. Krueger