**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARLETTE CAMPOS, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>-vs-<br><br>TJX Companies, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-11067-ADB<br><br><br><br><br><br>**DEFENDANT'S FIFTH NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY** |

Defendant TJX Companies, Inc. ("TJX") provides this Fifth Notice of Subsequently Decided Authority to supplement the following sections of its Reply to Plaintiff's Opposition to TJX's Motion to Dismiss (Doc. 19). Specifically, TJX notes the release of *Camp v. Sephora USA, Inc.*, No. 3:24-cv-07330-TLT (N.D. Cal. Jan. 24, 2025) released on January 24, 2025, and after the close of the briefing period for TJX's Motion to Dismiss. TJX supplements as follows:

- Reply at Section III.A., pp. 10-15: *Id.* at pp. 4-6 (holding that the plaintiff's Arizona Act claim failed because the retailer-defendant was not a communication service provider).
- Reply at Section III.B., pp. 15-16: *Id.* at pp. 6-7 (holding that pixels in marketing emails are not a communication service record under the Arizona Act).

A copy of the decision is attached as "Exhibit A."

Dated: January 27, 2025

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: */s/ Stephanie Sheridan*
Stephanie Sheridan, (CA 135910)
Meegan B. Brooks (CA 298570)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com
[*Pro Hac Vice*]

*/s/ David M. Krueger*
David M. Krueger (OH 0085072)
127 Public Sq., Ste. 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
dkrueger@beneschlaw.com
*[Pro Hac Vice*]

*/s/ Dan Sonneborn*
Dan Sonneborn (BBO# 679229)
DSonneborn@preti.com
Preti Flaherty Beliveau & Pachios LLP
60 State Street, Suite 1100
Boston, MA 02109
Tel. (617) 226-3800

*Attorneys for Defendant TJX Companies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: January 27, 2025

*By: /s/ David M. Krueger*
David M. Krueger