**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Arlette Campos**
Plaintiff

V.

CIVIL ACTION

NO. **1:24-cv-11067-ADB**

**TJX Companies, Inc.**
Defendant

## ORDER OF DISMISSAL

Burroughs, D. J.

Pursuant to the court's Memorandum and Order [Doc. No. 26] granting Defendant's Motion to Dismiss [Doc. No. 12], Plaintiff's Complaint [Doc. No. 1] is dismissed. This case is CLOSED.

IT IS SO ORDERED.

By the Court,

1/31/2025
Date

/s/ Caetlin McManus
Deputy Clerk